```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10973
   JOE L JASPER JR
   CAROLYN L JASPER                           CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-0210    SSN XXX-XX-2535

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
       The case was filed on 06/19/2007 and was not confirmed.

       The case was dismissed without confirmation 08/03/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG       .00             .00            .00
ABC BANK                 SECURED         4200.00             .00            .00
DIMONTE & LIZAK          NOTICE ONLY     NOT FILED           .00            .00
HARBOR FINANCIAL GROUP   NOTICE ONLY     NOT FILED           .00            .00
ABC BANK                 MORTGAGE ARRE   1700.00             .00            .00
DiMONTE & LIZAK          NOTICE ONLY     NOT FILED           .00            .00
TIDEWATER MOTOR CREDIT   SECURED VEHIC   5348.38             .00         410.00
AMERICAN EXPRESS CENTURI UNSECURED        664.05             .00            .00
ASSET ACCEPTANCE         NOTICE ONLY     NOT FILED           .00            .00
SANJAY S JUTLA ESQ       NOTICE ONLY     NOT FILED           .00            .00
PALISADES COLLECTION LLC UNSECURED        907.33             .00            .00
PALISADES COLLECTIONS    NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE              UNSECURED       1671.14             .00            .00
CAPITAL ONE              UNSECURED       2141.01             .00            .00
CAPITAL ONE              UNSECURED        997.52             .00            .00
CAPITAL ONE              UNSECURED       NOT FILED           .00            .00
CHASE                    UNSECURED       NOT FILED           .00            .00
DISH NETWORK             UNSECURED       NOT FILED           .00            .00
ELITE RECOVERY SERVICES  UNSECURED       NOT FILED           .00            .00
BLATT HASENMILLER LEIBSK NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD BANK           UNSECURED       NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY     NOT FILED           .00            .00
HSBC NV                  UNSECURED       NOT FILED           .00            .00
HSBC NV                  UNSECURED       NOT FILED           .00            .00
MCI                      UNSECURED       NOT FILED           .00            .00
PARK DANSAN              NOTICE ONLY     NOT FILED           .00            .00
MCI                      UNSECURED       NOT FILED           .00            .00
PARK DANSAN              NOTICE ONLY     NOT FILED           .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED       NOT FILED           .00            .00
BLATT HASENMILLER LEIBSK NOTICE ONLY     NOT FILED           .00            .00
MT SINAI HOSPITAL MEDICA UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED       2159.12             .00            .00
PROVIDIAN/WASHINGTON MUT UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       1111.03             .00            .00
ASSET ACCEPTANCE LLC     NOTICE ONLY     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10973 JOE L JASPER JR & CAROLYN L JASPER
```

```
SANJAY S JUTLA ESQ        NOTICE ONLY     NOT FILED              .00            .00
SCHWAB REHAB HOSPITAL     UNSECURED       NOT FILED              .00            .00
SPRINT PCS                UNSECURED       NOT FILED              .00            .00
RECEIVABLE PERFORMANCE    NOTICE ONLY     NOT FILED              .00            .00
ST ANTHONY HOSPITAL       UNSECURED       NOT FILED              .00            .00
MRSI                      NOTICE ONLY     NOT FILED              .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED              .00            .00
AMERICAN CREDIT AND COLL  NOTICE ONLY     NOT FILED              .00            .00
US DEPT OF EDUCATION      UNSECURED        18784.82              .00            .00
DIRECT LOANS BANKRUPTCY   NOTICE ONLY     NOT FILED              .00            .00
VERIZON WIRELESS          UNSECURED       NOT FILED              .00            .00
MIRACLE FINANCIAL INC     NOTICE ONLY     NOT FILED              .00            .00
WEST SUBURBAN HOSPITAL    UNSECURED       NOT FILED              .00            .00
RESURRECTION HEALTH CARE  NOTICE ONLY     NOT FILED              .00            .00
WELLS FARGO HOME MORTGAG  SECURED NOT I       74.27              .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                             30.39
DEBTOR REFUND             REFUND                                             795.41
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            1,235.80

PRIORITY                                         .00
SECURED                                       410.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           30.39
DEBTOR REFUND                                 795.41
                   ---------------        ---------------
TOTALS             1,235.80                 1,235.80

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 07 B 10973 JOE L JASPER JR & CAROLYN L JASPER